**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Frankie L. SANDERS, Defendant–Appellant.**

**No. 11–20354**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 10, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Nicole Wignall Deborde, Esq., Deborde Law Firm, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

Frankie L. Sanders appeals his conviction of embezzlement of union funds in violation of 29 U.S.C. § 501(c), for which he was sentenced to 18 months of imprisonment and $10,078.40 of restitution. He argues that the district court erred in overruling his objection, based on *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), that the Government's decision to strike one of the prospective jurors was racially motivated. However, we have held that a defendant waives appellate review of a *Batson* claim by failing to dispute the prosecution's race-neutral explanation for striking the prospective juror. *United States v. Arce,* 997 F.2d 1123, 1126–27 (5th Cir.1993). By failing to dispute the Government's explanations, Sanders appeared to acquiesce in them. *See id.* at 1127.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.